practice of law in Ohio, has not complied with the requirements of S.Ct.Prac.R. I(2) for admission *pro hac vice*,

IT IS ORDERED by the court, *sua sponte*, that the name of Carl E. Patrick be and hereby is stricken from the memorandum in response and Carl E. Patrick shall not be permitted to appear in this case.

## DISCIPLINARY CASES

01–1631.  Cleveland Bar Assn. v. Dixon.
Upon consideration of respondent's motion for leave to file notice of change of circumstances,
IT IS ORDERED by the court that the motion be, and hereby is granted, and the notice of change of circumstances shall be filed within five days of the date of this entry.

*April 3, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

01–2250.  In re Beck.
Original Action Involving Parental Rights or Adoption. On motion to dismiss of Judge Joseph J. Vukovich. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

02–224.  State ex rel. Thomas v. Ohio Bur. of Motor Vehicles.
In Mandamus. On answer of respondents. On S.Ct.Prac.R. X(5) determination, cause dismissed.
RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
MOYER, C.J., and DOUGLAS, J., dissent and would grant an alternative writ.

02–280.  State ex rel. Knowles v. Brooks Wells.
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

02–327.  Brooks v. Ganshiemer.
In Habeas Corpus. On petition for writ of habeas corpus of Dwayne Brooks. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

02–376.  Calhoun v. Hurley.
In Habeas Corpus. On petition for writ of habeas corpus of Mark Calhoun. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

02–387.  Rarden v. Mack.
In Habeas Corpus. On petition for writ of habeas corpus of Lonnie Rarden. *Sua sponte*, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

87–192.  State v. Coleman.
Hamilton App. No. C–850340. By entry filed March 5, 2002, this court ordered that appellant's sentence be carried into execution on Friday, the 26th day of April, 2002. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,
IT IS ORDERED by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. XIV(1).
IT IS FURTHER ORDERED by the court that service of documents as required by S.Ct.Prac.R. XIV(2) shall be personal or by facsimile transmission.